UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA A. MARCAIDA and FREDERICO R. MARCAIDA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WASHINGTON MUTUAL BANK FA, et al.,<br><br>    Defendants. | Case No.: 12-cv-00918-YGR<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE OR PROSECUTE, AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

An Order to Show Cause hearing regarding why this action should not be dismissed for failure to serve or prosecute shall be held on Friday, September 14, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 120 days from the date the lawsuit was filed. It is not clear to the Court that any Defendants have been served. Plaintiffs have otherwise failed to prosecute this action.

<u>By September 7, 2012, Plaintiffs must file a written response to this Order to Show Cause, if they contest it, and must personally appear at the Order to Show Cause hearing on September 14.</u> Plaintiffs' failure to file a written response or to appear personally will be deemed an admission that no good cause exists to continue prosecuting this action and the case will thereafter be dismissed.

The Case Management Conference scheduled for August 27, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Date: August 21, 2012

                                                                                                     **YVONNE GONZALEZ ROGERS**
                                                                                                     **UNITED STATES DISTRICT COURT JUDGE**